**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

DANIEL S. HAWRANEK,

      Plaintiff,

v.                                                                                       Civ. No. 19-1112 MV/GJF

LAW OFFICE OF THE PUBLIC
DEFENDER and AFSCME COUNCIL 18,

      Defendants.

**ORDER DENYING WITHOUT**
**PREJUDICE PLAINTIFF'S MOTION TO RECONSIDER**

THIS MATTER is before the Court upon Plaintiff's "Motion to Reconsider Stay of Case and Establishment of a Scheduling Order" [ECF 23] ("Motion"). The Motion does not indicate whether it is opposed or whether Plaintiff even sought Defendants' position before filing. The Local Rules, however, provide that a "[m]ovant must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M.LR-Civ. 7.1.(a); *see also* D.N.M.LR-Civ.7.2 (noting that"[a]n unopposed motion must be accompanied by a proposed order approved by each party"). As Plaintiff's Motion does not include a "recitation of a good-faith request for [Defendants'] concurrence," the Court will summarily deny this Motion.

**IT IS ORDERED** that Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
