IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL S. HAWRANEK,

    Plaintiff,

vs.                                                                              No. CIV 19-1112 JB/GJF

LAW OFFICE OF THE PUBLIC
DEFENDER and AFSCME COUNCIL 18,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition Regarding Plaintiff's "Amendment to Complaint," filed October 18, 2021 (Doc. 41)("MOO"); and (ii) the Stipulation of Dismissal With Prejudice, filed May 16, 2022 (Doc. 66)("Stipulation of Dismissal"). In the MOO, the Court dismisses with prejudice Plaintiff Daniel S. Hawranek's claims against Defendant AFSCME Council 18.  See MOO at 10.  In the Stipulation of Dismissal, the remaining parties stipulate jointly to the dismissal with prejudice of Hawranek's Complaint for Employment Discrimination, filed November 27, 2019 (Doc. 1), under rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  See Stipulation of Dismissal at 1.  With no more parties, claims, or issues before the Court, the Court enters Final Judgment disposing of this case pursuant to rule 58(a) of the Federal Rules of Civil Procedure.  See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) this case is dismissed with prejudice; and (ii) Final Judgment is entered.

- 2 -

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Daniel S. Hawranek
Las Cruces, New Mexico

    *Plaintiff pro se*

Paula G. Maynes
Luke Salganek
Miller Stratvert P.A.
Santa Fe, New Mexico

    *Attorneys for the Law Office of the Public Defender*

Shane C. Youtz
Stephen Curtice
James A. Montalbano
Youtz & Valdez, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant AFSCME Council 18*